UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| | ) | |
| **ANNA UN-KYUNG KIM,** | ) | CASE NO. **13-71515 - MHM** |
| a/k/a ANNA U. KIM | ) | |
| a/k/a ANNE UN-KYUNG LEE, | ) | |
| | ) | |
| Debtor. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - | - - - - - - - - - - - - - - - - - - - - - - - - - |
| | ) | |
| ANNA UN-KYUNG KIM, | ) | CONTESTED MATTER |
| a/k/a ANNA U. KIM | ) | |
| a/k/a ANNE UN-KYUNG LEE, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE BANK USA, NA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER AND NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing on Debtor's *Motion to Vacate Order* (Doc. No. 27) will be held February 27, 2014 at 3:00 p.m. in Courtroom 1204, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia.

The Clerk is directed to serve this Order and Notice on Debtor, Attorney for Debtor, Chapter 13 Trustee, all creditors and parties in interest.

SO ORDERED this 24th day of January, 2014.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE